## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$85,704.00 IN U.S. CURRENCY,

    Defendant.

Case No. 21-cv-2121 (SRN/HB)

**DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE**

Based on the United States' motion for an order: (1) granting default judgment against Ryan Matthew Branstad, Skylee Mariah Minert, and all unknown persons and entities who have failed to file claim to the defendant currency and answer to the Complaint for Forfeiture *In Rem*; and (2) for a Final Order of Forfeiture as to the defendant currency; and based on all the files and records in this action, the Court finds as follows:

1. The United States filed a Verified Complaint for Forfeiture *In Rem* on September 27, 2021, alleging that the defendant currency is subject to forfeiture pursuant to 21 U.S.C. 881(a)(6);

2. The Clerk of Court issued a Warrant of Arrest and Notice *In Rem* on September 28, 2021 directing the United States Marshals Service to arrest the defendant currency and to serve all persons and entities with a potential interest in the defendant currency with a copy of the Complaint for Forfeiture *In Rem* and the Warrant of Arrest and Notice *In Rem*. The Warrant was returned executed on September 29, 2021;

3. Pursuant to Rule G(4)(a)(iv)(C), the U.S. Attorney's Office posted a notice of forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days beginning on October 2, 2021;

4. The United States sent the Notice of Judicial Forfeiture Proceedings, the Complaint for Forfeiture *In Rem*, and the Warrant of Arrest and Notice *In Rem*, by Certified Mail and First Class Mail to Ryan Matthew Branstad and Skylee Mariah Minert on October 27, 2021. Service was perfected as provided in Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, (Baune Decl. [Doc. No. 11], Exs. A–C);

5. No claim or answer has been filed, and the time for filing a claim and answer has expired under Rule G(5), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

6. A hearing was held on the instant motion on April 14, 2022, at 9:30 a.m. in Courtroom 7B of the United States Courthouse in St. Paul, Minnesota. Craig Baune, counsel for the Government, appeared. Neither Ryan Matthew Branstad nor Skylee Mariah Minert, nor any other persons with a potential interest in the currency, appeared.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. The United States' motion for a default judgment and final order of forfeiture [ECF No. 8] is **GRANTED**,

2. Default judgment is entered against Ryan Matthew Branstad, Skylee Mariah Minert, and all unknown persons and entities having an interest in the defendant currency for failure to file a claim to the defendant currency and an answer to the Verified Complaint

for Forfeiture *In Rem* as required by 18 U.S.C. § 983(a)(4)(A) and (B), and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and

3. The defendant currency is forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6) for disposition in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: April 14, 2022         s/Susan Richard Nelson
                              SUSAN RICHARD NELSON
                              United States District Judge